THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:26-mj-1030-RJ

UNITED STATES OF AMERICA    )
        )
    v.               )        ORDER
        )
MARIK A. COIC,        )
    Defendant.      )

This Court hereby FINDS: the United States Attorney has recommended the above captioned criminal matter be dismissed.

This Court hereby ORDERS: for the reasons stated in the Government's Motion to Dismiss, newly discovered information, the above captioned criminal matter be dismissed.

The Clerk of Court is hereby directed to enter an Order dismissing the criminal matter of Marik A. Coic, 7:26-mj-1030-RJ.

This ___8th___ day of April 2026.

                         ROBERT B. JONES, JR.
                         UNITED STATES MAGISTRATE JUDGE